Clara Shiffner, Appellant, v. George H. Beck, Respondent.— Motion for reargument granted, without costs, and case set down for Monday, March 2, 1914. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Theodore Zack, an Infant, etc., Respondent, v. Nathan Cohen, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Margaret Braheny, Appellant, v. New York Railways Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concur.

Thomas F. Corbalis, Appellant, v. August Rinaldi and Others, Doing Business under the Name of "Rinaldi Brothers," Respondents.— Order of the City Court of Yonkers reversed, without costs, and order of examination modified so as to require Ceccarelli to submit to an examination only concerning all matters in relation to the ownership, possession and control of the dog referred to in the complaint. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Josephine T. Deady, Appellant, v. E. Virgil Neal, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Thomas Donovan, Appellant, v. The Erie Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Benjamin Edwards, Respondent, v. Jane H. Williamson and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Bernard Fishlowitz, Respondent, v. Anthony Tint, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error in excluding questions addressed to the witness Sarah Tint upon cross-examination at folios 54, 59, 60, 65, 66, and those addressed to defendant at folios 90, 96, 127, 128. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Clarence A. Fowler and Elizabeth E. Fowler, Respondents, v. Edwin J. Webb and Others, Appellants.— Order modified so as to require the defendants to specify: *First*, the representations alleged to have been made by the plaintiffs to the defendants, which are claimed to be false as set forth in the 4th paragraph of defendants' answer, setting forth to whom made, by whom, the place and approximately the time, and whether any of the statements were in writing. *Second*, the amount paid for experts. *Third*, approximately the location of the tunnel driven. *Fourth*, approximately the number of borings that were made and, as near as may be, when and where. *Fifth*, what machinery, engine or boilers were repaired, and the cost thereof. *Sixth*, all sums of money paid out by defendants, together with the nature of such payments by reason of the false representations alleged in the answer. As so modified the order is affirmed, without costs. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.